**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

JAMES RANDY KEE

      Plaintiff

v.

TOWN OF MOUNTAIN VILLAGE, a municipality

      Defendant

---

**VERIFIED NOTICE OF REMOVAL**

---

Defendant, **TOWN OF MOUNTAIN VILLAGE**, by its attorneys, **COURTNEY B. KRAMER** and **BETSY L. STEWART** of **SENTER GOLDFARB & RICE, LLC**, and pursuant to 28 U.S.C. §§ 1331, 1441, 1443, and 1446, hereby submits this Verified Notice of Removal to the United States District Court for the District of Colorado.

    **AS GROUNDS FOR REMOVAL**, the Town states as follows:

    1.    The Town is the only Defendant named in the above-entitled action now pending in the District Court, San Miguel County, Colorado, designated as Case No. 2019CV30022.

    2.    The original Complaint in the above-entitled action was filed in San Miguel County District Court on May 16, 2019. [*See* Complaint, attached as **Exhibit A**]. An authorized representative executed a Waiver and Acceptance of Service on behalf of

the Town on May 29, 2019. [*See* Waiver and Acceptance of Service, attached as **Exhibit B**].

3.      Pursuant to D.C.COLO.LCivR 81.1, a current docket sheet is attached hereto as **Exhibit C**. Also, all of the state court pleadings are filed contemporaneously herewith. [*See* **Exhibits A, B, D, E**].

4.      The Town has not yet filed a responsive pleading to Plaintiff's Complaint in the above-entitled action. Pursuant to Fed.R.Civ.P. 12(a), the Town's response to the operative Complaint is due on or before June 24, 2019.

5.      This Notice of Removal is filed within thirty (30) days of the Town's receipt of the initial pleadings setting forth the claims for relief upon which the action is based. Thus, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b).

6.      The Complaint filed in connection with the state court action purports to allege violations of state law as well as violations of civil rights pursuant to 42 U.S.C. § 1983. [*See* **Exhibit A**]. Additionally, undersigned counsel has conferred with counsel for Plaintiff to confirm this understanding. As a result of the purported assertion of a violation of civil rights pursuant to 42 U.S.C. § 1983, Plaintiff has presented a federal question over which this Court properly has jurisdiction pursuant to 28 U.S.C. § 1331. As such, this action may be removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1443.

7.      Undersigned counsel represents that the only named Defendant in this case, the Town, consents to the removal of the above-entitled action to this Court. As such, there is unanimity regarding removal as there is only one Defendant.

**WHEREFORE**, the Town prays that the above-entitled action now pending in District Court, San Miguel County, State of Colorado, designated as Case No. 2019CV30022, be removed therefrom to this Court and that this Court make and enter such further Orders as may be necessary and proper.

## VERIFICATION

No hearings in the above-entitled matter have been set in the District Court, San Miguel County, State of Colorado. Undersigned counsel for the Town certifies that the foregoing information is correct and that they have complied with D.C.COLO.LCivR 81.1 and 28 U.S.C.§§ 1446(a) and 1446(b).

Respectfully submitted,

s/ Courtney B. Kramer
**Courtney B. Kramer**
Senter Goldfarb& Rice, LLC
3900 E. Mexico Avenue, Suite 700
Denver, Colorado 80210
Telephone: (303) 320-0509
E-mail: ckramer@sgrllc.com

s/ Betsy L. Stewart
**Betsy L. Stewart**
Senter Goldfarb& Rice, LLC
3900 E. Mexico Avenue, Suite 700
Denver, Colorado 80210
Telephone: (303) 320-0509
E-mail: bstewart@sgrllc.com
*Attorneys for Defendant*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 17th day of June, 2019, I electronically filed a true and correct copy of the above and foregoing **VERIFIED NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Christina M. Harney
Fleming & Lowenberg
<u>christina@flemingandlowenberg.com</u>
*Counsel for Plaintiff*

s/ Carol J. Kelly
Legal Secretary
