## Register of Actions

| | Filed by Plaintiff/Petitioner | Case Number: | 2019CV030022 | Division: | 3 |
| --- | --- | --- | --- | --- | --- |
| | Filed by Defendant/Respondent | Case Type: | Other | Judicial Officer: | Keri Ann Yoder |
| | Filed by Court | Case Caption: | Kee, James Randy v. Town Of Mountain Village | Court Location: | San Miguel County |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
| --- | --- | --- | --- | --- | --- | --- | --- |
| C5C495655BD40 | 05/29/2019 9:49 AM | Christina Marie Magliaro | FLEMING and LOWENBERG | James Randy Kee | Waiver of Service | Waiver of Service | Public |
| 75BE280DBB3B4 | 05/16/2019 5:09 PM | Christina Marie Magliaro | FLEMING and LOWENBERG | James Randy Kee | Complaint w/Jury Demand | Complaint w/Jury Demand | Public |
| | | | | | Summons | Summons | Public |
| | | | | | Civil Case Cover Sheet | Civil Case Cover Sheet | Public |

## Party Information

| Party Name | Party Type | Party Status | Attorney Name |
| --- | --- | --- | --- |
| James Randy Kee | Plaintiff | Active | Christina Marie Harney (FLEMING and LOWENBERG) |
| Town of Mountain Village | Defendant | Active | N/A |

**Exhibit C**